UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21mj03956 Reid

UNITED STATES OF AMERICA

vs.

RAI MARTINEZ and
JUAN RINCON PUELLO,

 Defendants.
 /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes _X_ No

 Respectfully submitted,

 JUAN ANTONIO GONZALEZ
 ACTING UNITED STATES ATTORNEY

 By: *Ellen D'Angelo*
 Ellen D'Angelo
 Assistant United States Attorney
 Court ID No.: A5502579
 99 Northeast 4th Street
 Miami, Florida 33132-2111
 Tel: (305) 961-9349
 ellen.d'angelo@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| RAI MARTINEZ and JUAN RINCON PUELLO, | ) ) ) | Case No.   1:21mj03956 Reid |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___Sept. 28, 2021___, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Speci   Agent Alec M. Sanchez
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date:  10/05/2021

*Judge's signature*

City and state:   Miami Florida

Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Drug Enforcement Administration ("DEA") and have served in this capacity since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3. This Affidavit is submitted for the limited purpose of establishing probable cause that **RAI MARTINEZ ("MARTINEZ")** and **JUAN RINCON PUELLO ("RINCON PUELLO")** did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

## PROBABLE CAUSE

4. On or about September 28, 2021, a Dutch Caribbean Coast Guard Maritime Patrol Aircraft located a northbound go-fast vessel ("GFV") approximately 175 nautical miles south of Santo Domingo, Dominican Republic, in international waters and upon the high seas. The GFV was blue and approximately 20 feet in length, with two outboard motors. There were two individuals on board and visible packages and fuel barrels on deck. The Royal Fleet Auxiliary ("RFA") WAVE KNIGHT diverted to investigate the GFV.

5. Once in the vicinity, RFA WAVE KNIGHT launched its small boat with a boarding team on board. Upon arrival at the scene, the boarding team found two individuals on the GFV, who were later identified as **MARTINEZ** and **RINCON PUELLO**. Neither individual identified himself as the master, but one claimed Colombian nationality for the vessel. The boarding team did not observe any indicia of nationality, including no vessel name, no registration or documentation, no registry number or homeport, and no flag flown.

6. Based on the claim of Colombian nationality for the vessel, the United States contacted the government of Colombia, who responded that it could neither confirm nor deny registration of the GFV. Due to Colombia's response, the GFV was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

7. A full law enforcement boarding was conducted, and a search of the GFV revealed multiple bales of suspected narcotics on board. Law enforcement recovered eighteen (18) bales, weighing approximately 414 kilograms, which field-tested positive for cocaine.

8. **MARTINEZ** and **RINCON PUELLO** were detained and transferred, along with the bales, to the RFA WAVE KNIGHT. **MARTINEZ** and **RINCON PUELLO** arrived in the Southern District of Florida on October 5, 2021.

## CONCLUSION

9. Based on the information provided above, I respectfully submit that probable cause exists to believe that **RAI MARTINEZ** and **JUAN RINCON PUELLO** did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

ALEC M. SANCHEZ
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 5th th day of October, 2021.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA